MANDATE

*CTDC (New Haven*
*02-cv-413*
*Underhill, USDJ*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED
JUN 14   1 56 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

GABRIELLE LEWPAULETTE TAYLOR,  :

    Petitioner-Appellee,  :

    v.  :  DOCKET NO. 02-2503

JOHN ASHCROFT,  :
ATTORNEY GENERAL,  :

    Respondent-Appellant.  :

## VOLUNTARY DISMISSAL AGREEMENT

On July 26, 2002, the Government appellant filed a notice of appeal seeking review of the district court's decision granting petitioner-appellee's habeas petition based on its determination that Section 236(c) of the Immigration and Nationality Act ("INA"), codified at 8 U.S.C. § 1226(c), was unconstitutional as applied to petitioner-appellee. The Government now seeks dismissal of this appeal as moot.

Pursuant to the district court's order, petitioner-appellee was released on bond from mandatory detention under Section 236(c) by the Immigration and Naturalization Service. On July 23, 2003, the Board of Immigration Appeals dismissed petitioner-appellee's merits appeal and she became subject to a final order of removal.[1] ~~Accordingly, as of that date, petitioner-appellee was no longer subject to mandatory detention under Section~~

---

[1] Petitioner-appellee currently has pending before this Court a petition for direct review of the BIA's decision on the merits. See Docket No. 03-40392.

ISSUED AS MANDATE:   MAY 20 2004

236(c), ~~but instead subject to mandatory detention and removal~~ /EP
~~pursuant to INA~~ § 241(a), ~~8 U.S.C. § 1231(a)~~. Thereafter, petitioner-appellee, acting on the advice of counsel, consented to her removal from the United States (effected on October 21, 2003), rather than mandatory detention ~~under INA § 241(a)~~. /EP

As petitioner-appellee is no longer subject to mandatory detention under INA § 236(c), 8 U.S.C. § 1226(c), and no longer in the United States, the Government's appeal is moot. Accordingly, pursuant to Fed. R. App. P. 42(b), the Government and the defendant through the undersigned counsel hereby stipulate and agree to dismissal of this appeal with prejudice, with each side to bear its own costs.

12/24/03
DATE
_____
LISA E. PERKINS
ASSISTANT U.S. ATTORNEY
COUNSEL TO APPELLANT

12·22·03
DATE
_____
MICHAEL J. BOYLE
ATTORNEY FOR PETITIONER-
APPELLEE

[STAMP: UNITED STATES COURT OF APPEALS FILED MAY 20 2004 SECOND CIRCUIT]

So Ordered
FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
_____
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK